CLARENCE ROBERTS v. STATE.

No. A-802. Opinion Filed April 18, 1912.

Appeal from Oklahoma County Court;

Sam Hooker, Judge.

Clarence Roberts was convicted of the crime of pointing a pistol, and appeals. Affirmed.

Taylor, Pruiett & Sniggs, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., (Andrew Wood, of counsel), for the State.

PER CURIAM. Plaintiff in error, Clarence Roberts, was convicted in the county court of Oklahoma county at the January, 1910, term on a charge of pointing a loaded pistol at one M. B. Turner, and on the 26th day of February, 1910, was sentenced to pay a fine of fifty dollars and be imprisoned in the county jail for a period of three months. We have carefully examined the record and find no error prejudicial to the substantial rights of the plaintiff in error. The judgment is therefore affirmed.